ELLIOT ENOKI
United States Attorney
District of Hawaii

Wes Porter
Special Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
(808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 1 0 2001

at __ o'clock and __ min __ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>JEROME ANAKALEA,<br><br>                    Defendant, | CR01-00419  HG<br><br>INDICTMENT<br><br>18 U.S.C. § 844(E) |

INDICTMENT

The Grand Jury Charges:

COUNT 1

On or about October 5, 2000, in the District of Hawaii, the defendant, JEROME ANAKALEA, by means and use of an instrument of commerce, that is, the telephone, willfully threatened to unlawfully damage and destroy a building, to wit: the Navy Exchange, Building Number 279, Johnson Circle, Honolulu, Hawaii, by means of fire and explosives.

All in violation of Title 18, United States Code, Section 844(e).

## COUNT 2

On or about October 10, 2000, in the District of Hawaii, the defendant, JEROME ANAKALEA, by means and use of an instrument of commerce, that is, the telephone, willfully threatened to unlawfully damage and destroy a building, to wit: the Navy Exchange, Building Number 279, Johnson Circle, Honolulu, Hawaii, by means of fire and explosives.

All in violation of Title 18, United States Code, Section 844(e).

## COUNT 3

On or about October 18, 2000, in the District of Hawaii, the defendant, JEROME ANAKALEA, by means and use of an instrument of commerce, that is, the telephone, willfully threatened to unlawfully damage and destroy a building, to wit: the Navy Exchange, Building Number 279, Johnson Circle, Honolulu, Hawaii, by means of fire and explosives.

All in violation of Title 18, United States Code, Section 844(e).

## COUNT 4

On or about October 19, 2000, in the District of Hawaii, the defendant, JEROME ANAKALEA, by means and use of an instrument of commerce, that is, the telephone, willfully threatened to unlawfully damage and destroy a building, to wit: the Navy Exchange, Building Number 279, Johnson Circle, Honolulu, Hawaii, by means of fire and explosives.

All in violation of Title 18, United States Code, Section 844(e).

COUNT 5

On or about October 20, 2000, in the District of Hawaii, the defendant, JEROME ANAKALEA, by means and use of an instrument of commerce, that is, the telephone, willfully threatened to unlawfully damage and destroy a building, to wit: the Navy Exchange, Building Number 279, Johnson Circle, Honolulu, Hawaii, by means of fire and explosives.

All in violation of Title 18, United States Code, Section 844(e).


Dated:     10/10/01     , at Honolulu, Hawaii.

A TRUE BILL

/S/

FOREPERSON, Grand Jury


ELLIOT ENOKI
United States Attorney
District of Hawaii


WES PORTER
Special Assistant U.S. Attorney


UNITED STATES v. JEROME ANAKALEA
CR. #
INDICTMENT